UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-61420-CIV-HUCK/O'SULLIVAN

OWEN HARTY,

    Plaintiff,

v.

YBD THREE LAKES, L.C.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (D.E. #3) filed September 21, 2009. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are denied as moot and the case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, October 7, 2009.

                Paul C. Huck
                United States District Judge

Copies furnished to:
Counsel of Record